**\*\* E-filed September 24, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRINCE SWAYZER II, et al., | No. C10-03119 HRL |
| Plaintiffs, | **ORDER (1) CONTINUING CASE MANAGEMENT CONFERENCE AND (2) DENYING AS MOOT DEFENDANT'S REQUEST TO APPEAR BY TELEPHONE** |
| v. | |
| CITY OF SAN JOSE, et al., | |
| Defendants. | **[Re: Docket Nos. 10 & 12]** |

In view of unresolved issues surrounding the parties' legal representation, the Case Management Conference, currently set for September 28, 2010, is continued to **November 30, 2010 at 1:30 p.m.** in Courtroom 2, United States District Court, 280 South First Street, San Jose, California. The parties shall file a Joint Case Management Statement **no later than November 23, 2010**. Because of this continuance, Defendant Taser International Inc.'s counsel's request to appear by telephone (Docket No. 12) is DENIED AS MOOT.

The parties are also reminded that this civil case has been randomly assigned to a magistrate judge for all purposes including trial. Accordingly, all parties who have not yet done so shall, **no later than October 5, 2010**, shall file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* N.D. Cal. Civ. R. 73-1. The consent and declination forms are available at the Clerk's Office and may also be obtained from the court's website at http://www.cand.uscourts.gov.

1  **IT IS SO ORDERED.**

2  Dated: September 24, 2010



3  HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C10-03119 HRL Notice will be electronically mailed to:**

2  Clifford S. Greenberg          cao.main@sanjoseca.gov
   Mildred Katherine O'Linn       mko@mmker.com, fsp@mmker.com
3  Nora Valerie Frimann           cao.main@sanjoseca.gov, Brande.Gex@sanjoseca.gov

4  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**