**\*\* E-filed November 29, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRINCE SWAYZER II, et al., | No. C10-03119 HRL |
| Plaintiffs, | **ORDER GRANTING TASER INTERNATIONAL, INC.'S REQUEST TO APPEAR BY TELEPHONE** |
| v. | |
| CITY OF SAN JOSE, et al., | |
| Defendants. | [Re: Docket No. 16] |

Having considered Taser International Inc.'s counsel's request to appear by telephone at the case management conference set for November 30, 2010 at 1:30 p.m., and good cause appearing, the court grants the request. Mr. Sain shall initiate the call to the court via CourtCall at (866) 582-6878 just prior to the time appointed for the conference.

**IT IS SO ORDERED.**

Dated: November 29, 2010

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-03119 HRL Notice will be electronically mailed to:**

Clifford S. Greenberg          cao.main@sanjoseca.gov
Mildred Katherine O'Linn    mko@mmker.com, dxf@mmker.com
Nora Valerie Frimann        cao.main@sanjoseca.gov, Brande.Gex@sanjoseca.gov

**5:10-cv-03119-HRL Please see [General Order 45 Section IX C.2 and D](#); Notice has NOT been electronically mailed to:**

Steven Lewis Weiner
Law Offices of Steven L. Weiner
2121 North California
Suite 535
Walnut Creek, CA 94596

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

2