**\*\* E-filed January 25, 2011 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PRINCE SWAYZER II, et al., | No. C10-03119 HRL |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' SUBSTITUTION OF ATTORNEY** |
| v. | |
| CITY OF SAN JOSE, et al., | **[Re: Docket Nos. 21, 23]** |
| Defendants. | |

In two separate filings, Plaintiffs Prince Swayzer II, Deborah Porter, and Jill Scott, as guardian ad litem for J.P.S., a minor, and as administrator of the estate of Prince Swayzer III, request to substitute attorneys Michael Reiser and William Schott in place of attorney Steven Weiner. Docket Nos. 21, 23. Accordingly, the Court grants the proposed substitution of Plaintiffs' attorneys.

**IT IS SO ORDERED.**

Dated: January 25, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C10-03119 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Clifford S. Greenberg | cao.main@sanjoseca.gov |
| Mildred Katherine O'Linn | mko@mmker.com, dxf@mmker.com |
| Nora Valerie Frimann | cao.main@sanjoseca.gov, Brande.Gex@sanjoseca.gov |

**Notice will provided by other means to:**

Steven Lewis Weiner
Law Offices of Steven L. Weiner
2121 North California
Suite 535
Walnut Creek, CA 94596

Michael Reiser
Law Office of Michael Reiser
961 Ygnacio Valley Road
Walnut Creek, CA 94596

William L. Schott
Law Offices of William Schott
961 Ygnacio Valley Road
Walnut Creek, CA 94596

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**